UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICHARD HUNTER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-94 (RCL) |
| CORRECTIONS CORPORATION OF AMERICA, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

MEMORANDUM

Pursuant to the orders of June 15, 2005, and June 28, 2005, plaintiff was directed to respond to defendants' respective motions to dismiss within 14 days. Plaintiff was advised about his obligation to respond to each motion and the consequences of failing to respond by the deadline. He has neither opposed the motions nor sought additional time to do so. The Court therefore grants defendants' respective motions as conceded. A separate Order of dismissal accompanies this Memorandum.

_____s/_____
Royce C. Lamberth
United States District Judge

Date: September 13, 2005